**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IBRAHIMA SANOH,<br><br>Petitioner,<br><br>v.<br><br>DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; AND TODD BLANCHE, Acting Attorney General of the United States, in their official capacities,<br><br>Respondents. | Case No. 26-CV-4918 (NEB/DJF)<br><br>ORDER |

---

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than noon on November 23, 2026, certifying the true cause of Petitioner’s confinement and removal and showing cause why the writ should not be granted in this case.

2. Respondents’ answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner’s detention and removal in light of the issues raised in the habeas petition;

b. If applicable, sufficient details to establish the validity of the proffered warrant, such as:

i. The name, title, training, and qualifications of the officer who issued the warrant;

ii. The exact time and place at which the warrant was issued;

iii. The evidence the issuing officer relied upon in determining that an arrest was warranted in this case, including any existing Notice to Appear;

iv. The name, title, training, and qualifications of the agent who served the warrant upon Petitioner;

v. The time, place, and manner by which the warrant was served upon Petitioner; and

vi. Whether the warrant was created specifically in response to or in anticipation of this Petition;

c. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims including the precise process followed when removing Petitioner to the Dominican Republic; and

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than November 24, 2026 at noon.

4. The Court will hear argument on Plaintiff's motion for Emergency Injunctive Relief at 2:00 p.m. CT on Tuesday, November 24, 2026, in Courtroom 13W in the Diana E. Murphy Federal Building in Minneapolis, Minnesota. Respondents shall bring someone with relevant knowledge who can provide information about the logistics of implementing the relief requested in Petitioner's motion, particularly on the logistics of and the timelines involved in facilitating the return of an individual to Minnesota from the Dominican Republic.

5. Petitioner is represented by Nicholas Ratkowski: phone (651-755-5150); nico@ratkowskilaw.com.

Dated: November 19, 2026
Time: 4:51 p.m.

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge